UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 24-21-DLB-CJS

WARREN COMMUNICATIONS NEWS, INC.                                              PLAINTIFF

vs.                                            **ORDER**

DHL EXPRESS (USA), INC.                                                     DEFENDANT

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This action, initiated on February 5, 2024 (*see* R. 1), has been referred to the undersigned to supervise discovery and pretrial proceedings (*see* R. 4).  The Court's periodic review of the case docket reflects that Plaintiff Warren Communications News, Inc. did not tender a summons to the Court Clerk at the time the Complaint was filed for issuance and service on Defendant DHL Express (USA), Inc., nor does the record reflect a summons was later provided by Plaintiff or that Plaintiff sent a waiver form to Defendant.  In most circumstances, a defendant should be served within 90 days after a complaint is filed.  *See* Fed. R. Civ. P. 4(m).  Plaintiff's 90-day window for achieving service is fast approaching—May 5, 2024—with no indication yet in the record that service of process upon Defendant has been completed.  Accordingly,

**IT IS ORDERED** that by **April 25, 2024,** Plaintiff shall file a status report or other appropriate filing providing updated information on the status of service of process upon Defendant DHL Express (USA), Inc.

Signed this 15th day of April, 2024.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\civil cov\2024\24-21-DLB 4(m) order.docx