IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| **WARREN COMMUNICATIONS NEWS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DHL EXPRESS (USA), INC.**, <br><br> Defendant. | **Civil Action No: 2:24-cv-21-DLB-CJS** |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's Order dated April 15, 2024 (R. 6), Plaintiff Warren Communications News, Inc. ("Warren"), by and through their undersigned counsel, provides the following update regarding the status of service on Defendant DHL Express (USA), Inc. ("DHL Express").

Prior to initiating this action, Warren contacted DHL Express in an effort to reach an amicable resolution of the dispute. The parties continued to engage in settlement discussions after the filing of the complaint, but the parties have not yet reached a settlement.

On April 17, 2024, Warren contacted counsel for DHL Express to ask if DHL Express would be willing to waive service pursuant to Federal Rule of Civil Procedure 4(d). To date, Warren has not received a response from DHL Express. If DHL agrees to waive service prior to May 1, 2024, Warren will file the executed waiver form with the Court prior to the May 5, 2024 deadline. If DHL Express does not agree to waive service under Rule 4(d) by May 1, 2024, Warren will formally serve a summons and complaint on DHL Express' registered agent for service prior to the May 5, 2024 deadline.

                                                          Respectfully submitted,

Dated: April 25, 2024                     /s/ Brian P. O'Connor

                                                          Brian P. O'Connor (94030)
                                                          SANTEN & HUGHES LPA
                                                          600 Vine Street, Suite 2700
                                                          Cincinnati, OH 45202
                                                          Telephone:  (513) 721-4450
                                                          Facsimile:  (513) 852-5994
                                                          bpo@santenhughes.com

                                                          Robert L. Powley (pro hac vice to be filed)
                                                          rlpowley@powleygibson.com
                                                          Stephen M. Ankrom (pro hac vice to be filed)
                                                          smankrom@powleygibson.com
                                                          Powley & Gibson, P.C.
                                                          60 Hudson Street, Suite 2203
                                                          New York, NY 10013
                                                          Telephone: (212) 226-5054
                                                          Facsimile: (212) 226-5085

                                                          Attorneys for Plaintiff
                                                          WARREN COMMUNICATIONS NEWS, INC.

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing filed on April 25, 2024.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          /s/ Brian P. O'Connor
                                                          Brian P. O'Connor (94030)

695967.1