AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| WARREN COMMUNICATIONS NEWS, INC. <br><br> *Plaintiff(s)* <br> v. <br> DHL EXPRESS (USA), INC. <br><br> *Defendant(s)* | Civil Action No. 2:24-CV-00021-DLB-CJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DHL EXPRESS (USA), INC.
c/o CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert L. Powley (pro hac vice forthcoming)
rlpowley@powleygibson.com
Stephen M. Ankrom (pro hac vice forthcoming)
smankrom@powleygibson.com
60 Hudson Street, Suite 2203
New York, NY 10013

Brian P. O'Connor
bpo@santenhughes.com
600 Vine Street, Suite 2700
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/2/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*   SLG

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00021-DLB-CJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DHL EXPRESS (USA), INC.
was received by me on *(date)* 05/02/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy Warford , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation R/A for DHL Express (USA) Inc. on *(date)* 5/3/24 2:00pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/3/24

_____
Server's signature

Leslie Pennington  Process Server
Printed name and title

Business Address 128 S Locust St Versailles KY 40383
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

**State of Kentucky**  **County of Easter District**  **District Court**

Case Number: 2:24-CV-00021-DLB-CJS

Plaintiff:
**WARREN COMMUNICATIONS NEWS,INC**

vs.

Defendant:
**DHL EXPRESS (USA), INC.**

For:
Santen & Hughes
600 Vine Street
Suite 2700
Cincinnati, OH 45202

Received by Kentucky Process Service Inc. on the 2nd day of May, 2024 at 4:15 pm to be served on **DHL EXPRESS (USA), INC. c/o CT Corporation System, 306 W Main St, Suite 512, Frankfort, KY 40601**.

I, Leslie Pennington, being duly sworn, depose and say that on the **3rd day of May, 2024** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBITS A THROUGH E** to: **Amy Warford** as **Process Receiver** for **DHL EXPRESS (USA), INC.**, at the address of: **306 W Main St, Suite 512, Frankfort, KY 40601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 220, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of May 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Andrea D. Rue
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2025

Leslie Pennington
Process Server
5/3/24
Date

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2024003417

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a