IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

| | |
|---|---|
| **WARREN COMMUNICATIONS NEWS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DHL EXPRESS (USA), INC.**, <br><br> Defendant. | Civil Action No: 2:24-cv-21-DLB-CJS |

## PARTIES' JOINT RULE 26(F) REPORT

The parties Plaintiff Warren Communications News, Inc. ("Warren" or "Plaintiff") and Defendant DHL Express (USA), Inc. ("DHL" or "Defendant") (collectively, the "Parties") held their Rule 26(f) discovery conference on July 24, 2024. Participants in the telephone conference were Robert Powley and Stephen Ankrom for Plaintiff, and Dana Howard for Defendant.

### I. RULE 26(F) TOPICS DISCUSSED

Counsel for the Parties have met and conferred about preliminary discovery topics, as outlined below, and they plan to continue such discussions, if necessary, as the case progresses.

#### A. Initial Disclosures

The Parties do not propose any changes to disclosures required under Federal Rule of Civil Procedure 26(a), and will exchange initial disclosures by August 15, 2024.

#### B. Protective Order

The Parties have agreed to submit a proposed Protective Order to the Court.

#### C. Limitations on Discovery

At this time, the Parties propose no changes to the provisions of Federal Rule of Civil

Procedure Nos. 30, 33 or 34, nor do they believe that discovery should be conducted in phases or otherwise limited.

### D. ESI Production Format

The Parties have discussed, in general, the need for agreed parameters for the format of production for electronically stored information ("ESI"), and they intend to submit a stipulation and proposed order regarding electronic discovery to the Court setting forth the agreed-upon parameters prior to the exchange of ESI in this case.

### E. Privilege Logs

The Parties agree to produce a Privilege Log for all documents they are claiming privilege that were created prior to the filing of the Complaint.

### F. Other Issues

The parties agree that service of non-ECF documents via email on opposing counsel shall be treated the same as if delivered by hand for the purposes of calculating the time to respond under Federal Rule of Civil Procedure 6(d).

## II. PROPOSED DISCOVERY PLAN

The parties propose the following discovery schedule:

| Event | Date |
| --- | --- |
| Exchange of Initial Disclosures | August 15, 2024 |
| Last date to stipulate or file a motion for leave to amend pleadings or add parties | August 30, 2024 |
| Close of Fact Discovery | May 30, 2025 |
| Opening Expert Reports [issues for which the party carries the burden of proof] | June 27, 2025 |
| Responsive Expert Reports | August 1, 2025 |
| Close of Expert Discovery | September 12, 2025 |

| Dispositive Motion Deadline | November 14, 2025 |
|---|---|

### III. TIME TO FILE PRETRIAL MOTIONS

The Parties propose that expert discovery closes on September 12, 2025, and that pretrial and dispositive motions be submitted by November 14, 2025.

### IV. ALTERNATIVE DISPUTE RESOLUTION

The Parties are currently engaged in settlement discussions and are hoping to advance settlement through mutual cooperation and informal exchange of information for settlement purposes. The parties have discussed the possibility of proceeding with private mediation but believe that any such mediation should proceed after the completion of document discovery or the informal exchange of information, so that both parties will know the relevant facts and can make informed decisions on settlement.

### V. ESTIMATED LENGTH OF TRIAL

The Parties estimate trial in this matter will take between 3 and 5 days.

### VI. CONSENT BEFORE A MAGISTRATE JUDGE

The Parties do not consent to try this case before a Magistrate Judge.

ACCEPTED AND AGREED TO:

Dated: August 5, 2024   By:   /s/ s/ *Stephen M. Ankrom*
　　　　　　　　　　　　　　Robert L. Powley (Attorney-In-Charge)
　　　　　　　　　　　　　　rlpowley@powleygibson.com
　　　　　　　　　　　　　　Stephen M. Ankrom
　　　　　　　　　　　　　　smankrom@powleygibson.com
　　　　　　　　　　　　　　POWLEY & GIBSON, P.C.
　　　　　　　　　　　　　　60 Hudson Street, Suite 2203
　　　　　　　　　　　　　　New York, NY 10013

Telephone: (212) 226-5054
Facsimile: (212) 226-5085

and

Brian P. O'Connor (94030)
SANTEN & HUGHES LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
bpo@santenhughes.com

Attorneys for Plaintiff WARREN
COMMUNICATIONS NEWS, INC.

Dated: August 5, 2024     By:    /s/ *Dana R. Howard*
                                 Dana R. Howard
                                 STOLL KEENON OGDEN PLLC
                                 300 West Vine Street, Suite 2100
                                 Lexington, Kentucky 40507
                                 (859) 231-3000
                                 dana.howard@skofirm.com

                                 Attorneys for Defendant DHL EXPRESS
                                 (USA), INC.